# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

157493

KEVIN LOGAN, Individually and on Behalf of
All Others Similarly Situated,
          Plaintiffs-Appellees,

v

CHARTER TOWNSHIP OF WEST
BLOOMFIELD,
          Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 157493
COA: 333452
Oakland CC: 2015-149134-CZ

By order of October 2, 2018, the application for leave to appeal the January 11, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *Michigan Ass'n of Home Bldrs v Troy* (Docket No. 156737) and *Genesee Co Drain Comm'r Jeffrey Wright v Genesee Co* (Docket No. 156579). On order of the Court, the cases having been decided on July 11, 2019, 504 Mich 204 (2019) and on July 18, 2019, 504 Mich 410 (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of these decisions.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk

p1113